884

No. 374, Misc. GAINES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 117, Misc. PRUITT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

OCTOBER 26, 1964.

No. 52. DOMBROWSKI ET AL. v. PFISTER, CHAIRMAN, JOINT LEGISLATIVE COMMITTEE ON UN-AMERICAN ACTIVITIES OF THE LOUISIANA LEGISLATURE, ET AL. Appeal from the United States District Court for the Eastern District of Louisiana. (Probable jurisdiction noted, 377 U. S. 976.) The motion of National Lawyers Guild for leave to file a brief, as *amicus curiae,* is granted. MR. JUSTICE BLACK took no part in the consideration or decision of this motion. *Ernest Goodman* and *David Rein* on the motion.

No. 590. AHLERS v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. The petition for stay is denied. *Edward Bennett Williams* and *Harold Ungar* on the petition. *Solicitor General Cox* for the United States, in opposition.

No. 105, Misc. HILLERY v. WILSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondent.